FILED
CLERK, U.S. DISTRICT COURT

November 10, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATHAN D. FORD, M.D., an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHRIS BAXTER, an individual; JACKIE DUBUISSON, an individual; GABRIELLE WALKER, an individual; BAXTER & ASSOCIATES, a Florida limited liability company; CENTURION MEDICAL LIABILITY PROTECTIVE RISK RETENTION GROUP, INC, a corporation of unknown origin; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-07486-SB-AGR<br><br>**ORDER DISMISSING CENTURION MEDICAL LIABILITY PROTECTIVE RISK RETENTION GROUP, INC. WITH PREJUDICE** |

　　Having considered the stipulation of Plaintiff Nathan D. Ford, M.D. ("FORD") and Defendant CENTURION MEDICAL LIABILITY PROTECTIVE RISK RETENTION GROUP, INC. ("CENTURION") and GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that that this action be dismissed in

its entirety, with prejudice, as to CENTURION only.  FORD and CENTURION are to bear their own attorney's fees and costs.

Dated:  November 10, 2021

                                                  Stanley Blumenfeld, Jr.
                                                  United States District Judge